UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JUDITH ISON,                                                        Case No. 4:05-CV-85

        Plaintiff,                                                   Hon. Richard Alan Enslen

v.

JO ANN B. BARNHART,
Commissioner of Social Security,

        Defendant.                                                **JUDGMENT**
_____/

      In accordance with an Opinion filed on this date;

      **IT IS HEREBY ORDERED** that Plaintiff Judith Ison's Objection to the Report and Recommendation (Dkt. No. 22) is **DENIED** and the Report and Recommendation (Dkt. No. 21) is **APOPTED**.

      **IT IS FURTHER ORDERED** that the Commissioner of Social Security's decision denying Disability Insurance Benefits is **AFFIRMED**.

DATED in Kalamazoo, MI:          /s/ Richard Alan Enslen
      October 18, 2006           RICHARD ALAN ENSLEN
                                  SENIOR UNITED STATES DISTRICT JUDGE